**TREEHOUSE LAW, LLP**
Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSCHE DESRYS, on behalf of herself and all others similarly situated, | CASE NO.: 4:25-cv-07898-HSG |
| *Plaintiff*, | **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT (as modified)** |
| v. | |
| TRADITIONAL MEDICINALS, INC., | |
| *Defendant*. | |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT**:

Plaintiff Porsche Desrys on the one hand ("Plaintiff"), and Defendant Traditional Medicinals, Inc., on the other hand ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Local Civil Rules 6-1 and 6-2, respectfully submit the following stipulation:

*Whereas*, on September 16, 2025, Plaintiff filed her Class Action Complaint against Defendant in the Northern District of California (Dkt. No. 1);

*Whereas*, on November 17, 2025 Defendant filed a motion to dismiss Plaintiff's Class Action Complaint (the "Motion"), which is presently set for hearing on January 8, 2026 at 02:00 PM in Courtroom 2 on the 4th Floor of the United States Courthouse, 1301 Clay Street, Oakland, California before Judge Haywood S Gilliam Jr. (Dkt. No. 17);

*Whereas*, under Local Rule 7-3(a), Plaintiff's deadline to file an Opposition to the Motion is December 1, 2025, and under Local Rule and 7-3(c), Defendant's deadline to file a Reply is December 8, 2025;

*Whereas*, to allow Plaintiff's lead counsel adequate time to recover from an emergency eye surgery, and to accommodate for schedules, the upcoming holiday season, and other deadlines, the Parties' have agreed to a briefing schedule that provides Plaintiff with a forty-five (45) day extension to its deadline to file an Opposition to the Motion, and provides Defendant with a (30) day extension to file its Reply, extending the deadlines for Plaintiff's Opposition and Defendant's Reply to January 15, 2026 and February 13, 2026 respectively (*see* Declaration of Ruhandy Glezakos, ¶ 3, attached hereto);

*Whereas*, the Parties also request that the hearing, now set for January 8, 2026 be reset for March 26, 2026 at 02:00 PM or another date that the Court deems appropriate;

*Whereas*, no previous modifications have been requested in this matter;

*Whereas*, this request is not sought for purposes of delay and will not impact any other case deadlines.

NOW THEREFORE, subject to the Court's approval, **IT IS HERBY STIPULATED** by and between the parties as follows:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due January 15, 2026;
2. Defendant's Reply to Plaintiff's Opposition shall be due February 13, 2026;
3. The hearing on Defendant's Motion to Dismiss, now set for January 8, 2026, shall be continued to March 26, 2026 at 02:00 PM or another date that the Court deems appropriate.

**IT IS SO STIPULATED**.

DATED: November 21, 2025　　　　　　　　　　**TREEHOUSE LAW, LLP**

By:  /s/ Ruhandy Glezakos

Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com

*Attorneys for Plaintiff and the Putative Classes*

Dated: November 21, 2025　　　　　　　　　　**WINSTON & STRAWN LLP**

By: /s/ Jared Kessler

Jared Kessler (admitted pro hac vice)
Shawn Obi (SBN: 288088)
Kent Steinberg (admitted pro hac vice)

*Attorneys for Defendant Traditional Medicinals, Inc*

## **ATTESTATION OF CONCURRENCE IN FILING**

I, Ruhandy Glezakos, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Civil L.R. 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 21, 2025         By: */s/ Ruhandy Glezakos*
                                     Ruhandy Glezakos

**ORDER**

PURSUANT TO JOINT STIPULATION, IT IS HEREBY ORDERED:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due January 15, 2026;
2. Defendant's Reply to Plaintiff's Opposition shall be due February 13, 2026;
3. The hearing on Defendant's Motion to Dismiss, now set for January 8, 2026, shall be continued to March 26, 2026 at 02:00 PM.

DATED: 11/24/2025

*Haywood S. Gilliam, Jr.*
United States Judge
Haywood S. Gilliam, Jr.