# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSCHE DESRYS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADITIONAL MEDICINALS, INC.,<br><br>Defendant. | Case No. 4:25-cv-07898<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER**<br><br>Complaint filed: September 16, 2025 |

PURSUANT TO JOINT STIPULATION, IT IS HEREBY ORDERED:

1. The stay entered in this matter (Dkt. 35) shall be lifted;

2. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due thirty (30) days after the Court enters an order lifting the stay;

3. Defendant's Reply shall be due twenty-one (21) days after Plaintiff's Opposition is filed; and

4. The hearing on Defendant's Motion to Dismiss is set for May 21, 2026, at 2:00 P.M.

DATED: 3/17/2026

_____
United States District Court Judge
Haywood S. Gilliam, Jr.

STIPULATION AND ORDER TO LIFT STAY AND SET BRIEFING SCHEDULE 5
CASE NO. 4:25-cv-07898