Shawn R. Obi (SBN: 288088)
shawn.obi@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: +1 213-615-1700

Jared R. Kessler (*pro hac vice*)
jared.kessler@winstontaylor.com
WINSTON TAYLOR LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

*Attorneys for Defendant*
*Traditional Medicinals, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSCHE DESRYS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRADITIONAL MEDICINALS, INC.,<br><br>Defendant. | Case No. 4:25-cv-07898<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint: September 16, 2025<br>Amended Complaint: June 8, 2026 |

Plaintiffs Porsche Desrys and Lawrence Nelson ("Plaintiffs") and Defendant Traditional Medicinals, Inc. ("Defendant"), by and through their undersigned counsel, and pursuant to Local Civil Rules 6-1 and 6-2, respectfully submit the following stipulation:

*Whereas*, on September 16, 2025, Plaintiff Desrys filed an original Class Action Complaint in this Court (Dkt. 1);

*Whereas*, on November 17, 2025, Defendant filed a motion to dismiss the Class Action Complaint (Dkt. 17);

*Whereas*, on January 13, 2026, the Court stayed this matter pending the U.S. Food and Drug Administration's announcement that it may amend 21 C.F.R. § 101.93(d), a regulation that directly bears on Plaintiff Desrys's claims (Dkt. 35);

*Whereas*, on March 17, 2026, the Court lifted the stay (Dkt. 38);

*Whereas*, on May 18, 2026, the Court granted Defendant's motion to dismiss in part and ordered Plaintiff Desrys to file an amended complaint by June 8, 2026 (Dkt. 46);

*Whereas*, on June 8, 2026, Plaintiff Desrys filed a First Amended Class Action Complaint ("FAC"), which joined Plaintiff Nelson in this action and added two additional causes of action (Dkt. 48);

*Whereas*, Defendant's deadline to respond to the FAC is June 22, 2026;

*Whereas*, to allow Defendant's counsel adequate time to review the issues raised in the First Amended Class Action Complaint and to accommodate for counsel's competing case deadlines, as well as two federal holidays, the Parties have agreed to the following briefing schedule: Defendants shall have a thirty-day extension (until July 22, 2026) to file its response to the FAC; the Plaintiffs shall have thirty days (until August 21, 2026) to file any opposition, and Defendant shall have fourteen days (until September 4, 2026) to file any reply;

*Whereas*, this request is not sought for purposes of delay and will not impact any other case deadlines.

JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

2                                                                CASE NO. 4:25-CV-07898

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY AGREED AND STIPULATED THAT:

1. Defendant's motion to dismiss Plaintiffs' First Amended Class Action Complaint shall be due July 22, 2026;

2. Plaintiffs' opposition to the motion to dismiss shall be due August 21, 2026; and

3. Defendant's reply in support of its motion to dismiss shall be due September 4, 2026.

Dated: June 11, 2026                         WINSTON TAYLOR LLP


By: */s/ Jared R. Kessler*
Shawn Obi (SBN: 288088)
Jared R. Kessler (*pro hac vice*)

*Attorneys for Defendant*
*Traditional Medicinals, Inc.*


Dated: June 11, 2026                         TREEHOUSE LAW, LLP

By: */s/ Ruhandy Glezakos*
Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com

*Attorneys for Plaintiff and Putative Classes*

## <u>CERTIFICATION OF ELECTRONIC SIGNATURE</u>

I, Jared R. Kessler, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Civil L.R. 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

By:    /s/ *Jared R. Kessler*

Jared R. Kessler (*pro hac vice*)

Joint Stipulation and Order to Set Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint

4                                    Case No. 4:25-cv-07898

## <u>ORDER</u>

PURSUANT TO JOINT STIPULATION, IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss Plaintiffs' First Amended Class Action Complaint shall be due July 22, 2026;

2. Plaintiffs' opposition to the motion to dismiss shall be due August 21, 2026; and

3. Defendant's reply in support of its motion to dismiss shall be due September 4, 2026.

DATED: 6/15/2026

United States District Court Judge
Haywood S. Gilliam, Jr.

JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

5

CASE NO. 4:25-CV-07898