**TREEHOUSE LAW, LLP**
Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
Steven A. Urenda (SBN 310849)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com
surenda@treehouselaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PORSCHE DESRYS and LAWRENCE NELSON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TRADITIONAL MEDICINALS, INC.,

Defendant.

Case No. 4:25-cv-07898-HSG

Hon. Haywood S. Gilliam, Jr.

**STIPULATION TO ALLOW FILING OF SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) AND PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS ; ORDER**

Complaint: September 16, 2025
First Amended Complaint: June 8, 2026

Plaintiffs Porsche Desrys and Lawrence Nelson ("Plaintiffs") and Defendant Traditional Medicinals, Inc. ("Defendant") respectfully submit this stipulation under Federal Rule of Civil Procedure 15(a)(2) to allow, pursuant to the consent of Plaintiffs and Defendant, the filing of Plaintiffs' Second Amended Class Action Complaint ("SAC"), which will be filed concurrently. The SAC shall supersede the First Amended Complaint in its entirety. The signing of this Stipulation shall not be deemed agreement by Defendant to any allegations in the SAC.

In addition, to allow Defendant's counsel adequate time to review the issues raised in the SAC and to accommodate for counsel's competing case deadlines, the parties have agreed to the following briefing schedule:

1. Defendant shall file its motion to dismiss or otherwise responsive pleading by August 17, 2026.
2. Plaintiffs' shall file any opposition by September 16, 2026.
3. Defendant shall file any reply by September 30, 2026.

The parties do not make this request for the purpose of delay. The proposed briefing schedule will not prejudice any party, nor will it impact any other case deadlines.

Dated: July 20, 2026

TREEHOUSE LAW, LLP

By: */s/ Steven A Urenda*

Steven A. Urenda (SBN 310849)
Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
surenda@treehouselaw.com
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com
*Attorneys for Plaintiff and Putative Classes*

Dated: July 20, 2026

WINSTON TAYLOR LLP

By: */s/ Jared R. Kessler*

Jared R. Kessler (*pro hac vice*)
Shawn Obi (SBN: 288088)

*Attorneys for Defendant*
*Traditional Medicinals, Inc.*

**CERTIFICATION OF ELECTRONIC SIGNATURE**

I, Steven A. Urenda, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Civil L.R. 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

By: /s/ *Steven A Urenda*

Steven A. Urenda

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss or otherwise responsive pleading to Plaintiff's Second Amended Class Action Complaint ("SAC") shall be due on August 17, 2026.

2. Plaintiffs' opposition to any motion to dismiss shall be due on September 16, 2026.

3. Defendant's reply in support of its motion to dismiss shall be due on September 30, 2026.

DATED: 7/21/2026

Haywood S. Gilliam, Jr.
United States District Judge